# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

# VOLUNTARY PETITION

IN RE: (Name of debtor -- If individual than enter last, first, Middle)

**WATTS, WILLIAM BYRON**

NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle)

ALL OTHER NAMES used by the debtor in the last 6 years.
(Include Married, Maiden and trade names)
**a/k/a Bill B. Watts**

ALL OTHER NAMES used by joint debtor in the last 6 years.
(Include Married, Maiden and trade names)

SOC. SEC/TAX I.D. NO. (If more than one, state all)
**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**

SOC. SEC/TAX I.D. NO. (If more than one, state all)

STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)
**254 Southwest Parkway #209**
**Lewisville TX 75067**

STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state and zip code)

County of Residence/Business
**Denton**

County of Residence/Business

MAILING ADDRESS OF DEBTOR (If Different from street address)
**P.O. Box 861408**
**Plano TX 75086-1408**

MAILING ADDRESS OF JOINT DEBTOR (If Different from street address)

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR
(If different from addresses listed above)

## VENUE

[X] Debtor has been domiciled or has had a residence, principal place of business or principal assets in the District for 180 days immediately preceeding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

[ ] Convenient forum for Debtor and creditors.

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

TYPE OF DEBT
- [X] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

CHAPTER OR SECTION OF BANKRUPTCY CODE
- [X] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 13

NATURE OF DEBT
- [X] Non-Business/Consumer
- [ ] Business

FILING FEE (Check one)
- [X] Filing fee is attached
- [ ] Filing fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b

SMALL BUSINESS (Chapter 11 only)
- [ ] Debtor is a small business as defined in 11 U.S.C. Sec. 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. Sec. 1121(e) (Optional)

## STATISTICAL / ADMINISTRATIVE INFORMATION (28 U.S.C. Sec. 604)

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

### THIS SPACE FOR COURT USE ONLY

00-40311

FILED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF TX
2000 FEB -2 PM 3:57
BY____ DEPUTY

ESTIMATED NUMBER OF CREDITORS
- [X] 1-15
- [ ] 16-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-Over

ESTIMATED ASSETS (in thousands of dollars)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

ESTIMATED LIABILITIES (in thousands of dollars)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

4000069 7
$ 200

Name: **WATTS, WILLIAM BYRON**

Case No:

## PRIOR BANKRUPTCY FILED WITHIN LAST 6 YEARS (If more than 1 attach additional sheet)

| Location Where filed | Case Number | Date Filed |
|---|---|---|
| N/A | N/A | N/A |

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| N/A | N/A | N/A |
| Relationship | District | Judge |
| N/A | N/A | N/A |

## REQUEST FOR RELIEF
**Debtor requests relief in accordance with the chapter of Title 11, United States code specified in this petition.**

## SIGNATURES

| INDIVIDUAL/JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. (If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7,11,12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

Signature of Debtor

Date 1/28/2000

Signature of Joint Debtor (if any)

Date      Telephone number

Signature of Authorized individual

Print or Type Name of Authorized individual

Title of Individual Authorized by Debtor to file this Petition

Date
If debtor is a corporation filing under chapter 11, Exhibit 'A' is attached and made part of this petition.

**SIGNATURE OF ATTORNEY**

Signature of Attorney for Debtor(s)

Date 1/31/2000

**Firm Name:**       Waage & Waage, L.L.P.

**Address of Firm:**     8350 South Stemmons

               Denton, Texas 76205-2402

**Phone number of Firm:**   940-497-4448

**Name and bar number of attorney(s) for debtors:**   Merv Waage / SBN 20625500

**FOR COURT USE ONLY**

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. Sec 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security Number

### EXHIBIT 'A'

To be completed if debtor is requested to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.

    ☐ Exhibit 'A' is attached and made a part of this petition

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

### EXHIBIT 'B'

(To be completed by attorney for individual 7, 13 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he,she, or they) may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each chapter.

Signature of Attorney              Date  1/31/2000

Signature of Bankruptcy Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. Sec. 110; 18 U.S.C. Sec. 156.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE: WATTS, WILLIAM BYRON

CASE:

## SCHEDULE A -- REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an 'H', 'W', 'J', or 'C' in the column labeled 'Husband, Wife, Joint, Community, or Debtor'. If the debtor holds no interest in real property, write 'NONE' under description and Location of Property.

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property write 'NONE' in the column labeled 'Amount of Secured Claim.'

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C--Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND WIFE JOINT COMMUNITY DEBTOR | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |

TOTAL VALUE OF ALL REAL PROPERTY =                    .00

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:   WATTS, WILLIAM BYRON                     CASE:

## SCHEDULE B -- PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the catagories, place an 'X' in the appropriate position in the column labeled 'NONE'. If additional space is needed in any catagory, attach a seperate sheet properly identified with the case name, case number, and the number of the catagory.  If the debtor is married, state whether husband, wife, or both own the property by placing an 'H', 'W', 'j', 'C' or 'D' in the column labeled 'Husband, Wife, Joint, Community or Debtor'. If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule-C Property Claimed as Exempt.

Do not list interest in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under 'Description and Location of Property.

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND WIFE JOINT COMMUNITY DEBTOR | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Deposit**<br>**Bank One**<br>**250 Stemmons**<br>**Lewisville, TX  75067** | D | 401.00 |
| 3.   Security deposits with public utilities, telephone companies landlords, and others. | X | | | |
| 4.   Household goods and furnishings including audio, video, and computer equipment. | | **Living room** | D | 370.00 |
| | | **Master bedroom** | D | 460.00 |
| | | **Computer and accessories** | D | 2,500.00 |
| | | **Stereo** | D | 150.00 |
| | | **VCR** | D | 100.00 |
| | | **Television** | D | 300.00 |
| | | **DVD** | D | 150.00 |
| | | **CD** | D | 100.00 |
| | | **Washer** | D | 300.00 |
| | | **Dryer** | D | 200.00 |
| | | **Microwave** | D | 50.00 |

TOTAL VALUE OF ALL PERSONAL PROPERTY =        22,556.00

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:  WATTS, WILLIAM BYRON

CASE:

## SCHEDULE B -- PERSONAL PROPERTY (Continued)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND WIFE JOINT COMMUNITY DEBTOR | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Miscellaneous appliances | D | 100.00 |
| | | Miscellaneous household furnishings | D | 460.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books and pictures | D | 400.00 |
| | | Tapes, compact discs, and DVDs | D | 1,530.00 |
| 6. Wearing apparel. | | Clothing | D | 1,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Shotgun | D | 50.00 |
| | | 35 mm camera | D | 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Health insurance through employer | D | .00 |
| | | Life insurance through employer $10,000.00 face amount $0.00 cash value Beneficiary: Elaine Hernandez | D | .00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in IRA, ERISA, Keogh or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing the debtor including tax refunds. Give particulars. | X | | | |

TOTAL VALUE OF ALL PERSONAL PROPERTY =  22,556.00

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE: WATTS, WILLIAM BYRON      CASE:

## SCHEDULE B -- PERSONAL PROPERTY (Continued)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND WIFE JOINT COMMUNITY DEBTOR | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | Copyrights: **Two (2) games, poem, and book** | D | 10.00 |
| 22. Licenses, franchises and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles and accessories. | | **1998 Chevy pickup** | D | 13,500.00 |
| 24. Boats, motors, accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings and supplies. | | **Office furnishings** | D | 250.00 |
| | | **Phones** | D | 75.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

TOTAL VALUE OF ALL PERSONAL PROPERTY =      22,556.00

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS

IN RE: WATTS, WILLIAM BYRON

CASE:

## SCHEDULE C -- PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one)

**X**     11 U.S.C. Sec. 522(b)(1)     Exemptions provided in 11 U.S.C. Sec. 522(d). Note: These Exemptions are available only in certain states.

          11 U.S.C. Sec. 522(b)(2)     Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Deposit**<br>**Bank One**<br>**250 Stemmons**<br>**Lewisville, TX 75067** | 11 USC 522(d)(5) | 401.00 | 401.00 |
| **Living room** | 11 USC 522(d)(3) | 370.00 | 370.00 |
| **Master bedroom** | 11 USC 522(d)(3) | 460.00 | 460.00 |
| **Computer and accessories** | 11 USC 522(d)(3)<br>11 USC 522(d)(5) | 2,500.00 | 2,500.00 |
| **Stereo** | 11 USC 522(d)(3) | 150.00 | 150.00 |
| **VCR** | 11 USC 522(d)(3) | 100.00 | 100.00 |
| **Television** | 11 USC 522(d)(3) | 300.00 | 300.00 |
| **DVD** | 11 USC 522(d)(3) | 150.00 | 150.00 |
| **CD** | 11 USC 522(d)(3) | 100.00 | 100.00 |
| **Washer** | 11 USC 522(d)(3) | .00 | 300.00 |

TOTAL OF ALL EXEMPTIONS CLAIMED =     10,056.00

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:  WATTS, WILLIAM BYRON | CASE:

## SCHEDULE C -- PROPERTY CLAIMED AS EXEMPT (Continued)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Dryer | 11 USC  522(d)(3) | .00 | 200.00 |
| Microwave | 11 USC  522(d)(3) | 50.00 | 50.00 |
| Miscellaneous appliances | 11 USC  522(d)(3) | 100.00 | 100.00 |
| Miscellaneous household furnishings | 11 USC  522(d)(3) | 460.00 | 460.00 |
| Office furnishings | 11 USC  522(d)(6)<br>11 USC  522(d)(5) | 250.00 | 250.00 |
| Phones | 11 USC  522(d)(6)<br>11 USC  522(d)(5) | 75.00 | 75.00 |
| Books and pictures | 11 USC  522(d)(3)<br>11 USC  522(d)(5) | 400.00 | 400.00 |
| Tapes, compact discs, and DVDs | 11 USC  522(d)(3)<br>11 USC  522(d)(5) | 1,530.00 | 1,530.00 |
| Clothing | 11 USC  522(d)(3) | 1,000.00 | 1,000.00 |
| Shotgun | 11 USC  522(d)(5) | 50.00 | 50.00 |
| 35 mm camera | 11 USC  522(d)(3) | 100.00 | 100.00 |
| Health insurance through employer | 11 USC  522(d)(5) | .00 | .00 |
| Life insurance through employer $10,000.00 face amount $0.00 cash value Beneficiary:  Elaine Hernandez | 11 USC  522(d)(7) | .00 | .00 |
| | TOTAL OF ALL EXEMPTIONS CLAIMED = | | 10,056.00 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:   WATTS, WILLIAM BYRON        | CASE:

## SCHEDULE C -- PROPERTY CLAIMED AS EXEMPT (Continued)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Copyrights:** **Two (2) games, poem, and book** | 11 USC  522(d)(5) | 10.00 | 10.00 |
| **1998 Chevy pickup** | 11 USC  522(d)(2) | 1,500.00 | 13,500.00 |

TOTAL OF ALL EXEMPTIONS CLAIMED =                10,056.00

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:  WATTS, WILLIAM BYRON

CASE:

## SCHEDULE D -- CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an 'X' in the column labeled 'CoDebtor', include the entity on the appropriate schedule of creditors, and complete Schedule H-CoDebtors. If a joint petition is filed, state whether husband, wife, both or them, or the marital community may be liable on each claim by placing an 'H', 'W', 'J', or 'C' in the column labeled 'Husband, Wife, Joint, Community or Debtor (Use 'D' to indicte Debtor only).

If the claim is contingent, place an 'X' in the column labeled 'Contingent'. If the claim is unliquidated, place an 'X' in the column labeled 'Unliquidated'. If the claim is disputed, place an 'X' in the column labled 'Disputed'. (You may need to place an 'X' in more than one of these three columns.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule 'D'.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CoDebtor | Husband Wife Joint Community or Debtor | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Acct: 031-0205-51543 **GMAC Financial Services P.O. Box 50470 Indianapolis, IN 46250** | | D | Date: Value $: 13,500.00 Secured 1998 Chevy pickup | | | | 12,000.00 | .00 |
| Acct: 05 58990 87223 3 **Searscharge Plus P.O. Box 555 Columbus, OH 43216** | | D | Date: Value $: 500.00 Secured Washer Dryer | | | | 4,830.59 | .00 |
| Acct: | | | Date: Value $: | | | | | |
| Acct: | | | Date: Value $: | | | | | |

|  | TOTAL OF ALL SECURED CLAIMS = | 16,830.59 |
|---|---|---|

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS

IN RE: WATTS, WILLIAM BYRON                     CASE:

## SCHEDULE E -- CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed seperately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an 'X' in the column labeled 'CoDebtor', include the entity on the appropriate schedule of creditors, and complete Schedule H-CoDebtors. If a joint petition is filed, state whether husband, wife, both or them, or the marital community may be liable on each claim by placing an 'H', 'W', 'J', or 'C' in the column labeled 'Husband, Wife, Joint, Community or Debtor (Use 'D' to indicte Debtor only).

If the claim is contingent, place an 'X' in the column labeled 'Contingent'. If the claim is unliquidated, place an 'X' in the column labeled 'Unliquidated'. If the claim is disputed, place an 'X' in the column labled 'Disputed'. (You may need to place an 'X' in more than one of these three columns.

Report total of all claims listed on this schedule in the box labeled 'Total' on the each sheet of the completed schedule.  Report the total also on the Summary of Schedules.

**X**   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule 'E'.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that catagory are listed on the attached sheets

☐   **Extensions of Credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec 507(a)(2)

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to *$4,000 per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec 507(a)(3)

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec 507(a)(4)

☐   **Certain farmers and fisherman**

Claims of certain farmers and fisherman, up to *$4,000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec 507(a)(5)

☐   **Deposits by individuals**

Claims of individuals up to *$1,800 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. Sec 507(a)(6)

☐   **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec 507(a)(7)

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state and local governmental units as set forth in  11 U.S.C. Sec 507(a)(8)

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. Sec 507(a)(9)

**\* Amounts are subject to adjustments on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H U S B A N D W I F E | J O I N T | C O M M U N I T Y | DATE CLAIM WAS INCURRED, TYPE OF CLAIM, AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| Acct: | | | | | Date:                          Type: | | | | | |

|  |  |  |  |  | TOTAL OF ALL UNSECURED PRIORITY CLAIMS = | | | | .00 | |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:   WATTS, WILLIAM BYRON                    CASE:

## SCHEDULE F -- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an 'X' in the column labeled 'Codebtor', include the entity on the appropriate schedule of creditors, and complete Schedule - H Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an 'H', 'W', 'J', 'C' or 'D' in the column labeled 'Husband, Wife, Joint, Community or Debtor.

If the claim is contingent, place an 'X' in the column labeled 'Contingent'. If the claim is unliquidated, place an 'X' in the column labeled 'Unliquidated'. If the claim is disputed, place an 'X' in the column labeled 'Disputed'. (You may need to place and 'X' in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled 'Total' on the each sheet of the completed schedule.  Report the total also on the Summary of Schedules.

☐   Check this box if the debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND WIFE JOINT OR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct: 3730 265341 83003 <br><br> **American Express** <br> **The Optima Card** <br> **P.O. Box 297884** <br> **Ft. Lauderdale, FL  33329-7884** | | D | Date: <br> Unsecured | | | | 2,224.92 |
| Acct: <br><br> **ASG** <br> **2350 N. Forest Road** <br> **Suite 5A** <br> **Getzville, NY  14068** | | D | Date: <br> Unsecured | X | X | X | .00 |
| Acct: 83470 <br><br> **Attorney Ronald R. Calhoun** <br> **6044 Gateway East** <br> **Suite 305** <br> **El Paso, TX  79905-2016** | | D | Date: <br> Unsecured - Attorney for El Paso Area Teachers FCU | X | X | X | .00 |
| Acct: 7 001 141 000069894 <br><br> **Beneficial National Bank USA** <br> **Micron Electronics, Inc.** <br> **P.O. Box 5877** <br> **Carol Stream, IL  60197-5877** | | D | Date: <br> Unsecured | | | | 5,384.57 |

TOTAL OF ALL UNSECURED NONPRIORITY CLAIMS =        32,629.90

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:  WATTS, WILLIAM BYRON

CASE:

## SCHEDULE F -- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (Continued)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND WIFE JOINT OR COMMUNITY | CONTINGENT | UNLIQUIDATED | DISPUTED | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct: 5260 3642 9950 0656 <br> **Chase** <br> **Walmart MasterCard** <br> **P.O. Box 15919** <br> **Wilmington, DE  19850-5919** | D | | | | | Date: <br> Unsecured | 2,958.18 |
| Acct: 6011 0083 3550 5530 <br> **Discover** <br> **P.O. Box 6011** <br> **Dover, DE  19903-6011** | D | | | | | Date: <br> Unsecured | 7,756.84 |
| Acct: 5433 6901 0801 2562 <br> **El Paso Area Teachers FCU** <br> **MasterCard Gold** <br> **P.O. Box 672051** <br> **Dallas, TX  75267-2051** | D | | | | | Date: <br> Unsecured | 5,193.36 |
| Acct: <br> **GC Services** <br> **P.O. Box 1248** <br> **Alhambra, CA  91802** | D | | X | X | X | Date: <br> Unsecured | .00 |
| Acct: 363-768-436-0 <br> **JC Penney** <br> **P.O. Box 27570** <br> **Albuquerque, NM  87125** | D | | | | | Date: <br> Unsecured | 2,069.83 |

TOTAL OF ALL UNSECURED NONPRIORITY CLAIMS = 32,629.90

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS

IN RE:  WATTS, WILLIAM BYRON

CASE:

## SCHEDULE F -- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (Continued)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND WIFE JOINT COMMUNITY | CONTINGENT | UNLIQUIDATED | DISPUTED | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct: 05 58907 78266 5 | | | D | | | Date: | 7,042.20 |
| **Sears** P.O. Box 555 Columbus, OH  43216 | | | | | | Unsecured | |
| Acct: | | | | | | Date: | |
| | | | | | | | |
| Acct: | | | | | | Date: | |
| | | | | | | | |
| Acct: | | | | | | Date: | |
| | | | | | | | |
| Acct: | | | | | | Date: | |
| | | | | | | | |

TOTAL OF ALL UNSECURED NONPRIORITY CLAIMS =  32,629.90

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:   WATTS, WILLIAM BYRON                    CASE:

## SCHEDULE G -- EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal poperty. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., 'Purchaser', 'Agent', etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

X   Check this box if the debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:   WATTS, WILLIAM BYRON                    CASE:

## SCHEDULE H -- CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers.  In Community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse used during the six years immediately preceding the commencement of this case.

**X**    Check this box if the debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS

IN RE:   WATTS, WILLIAM BYRON                    CASE:

## SCHEDULE I -- CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled 'Spouse' must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 csae whether or not a joint peition is filed, unless the spouses are seperated and a joint petition is not filed.

| Marital Status | | DEPENDENTS OF SPOUSE | | |
|---|---|---|---|---|
| Divorced | NAMES | AGE | | RELATIONSHIP |
| | | | | |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Third Grade Teacher | |
| How Long Employed | 5 months | |
| Name of Employer | Plano ISD | |
| Address of Employer | Plano, Texas | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rata if not paid monthly)...... | $ 2,490.00 | $ .00 |
| Estimated monthly overtime........................................................ | $ .00 | $ .00 |
| SUBTOTAL....................................................................... | $ 2,490.00 | $ .00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security.............................................. | $ 476.00 | $ .00 |
| b. Insurance.................................................................... | $ 6.00 | $ .00 |
| c. Union Dues.................................................................. | $ 9.00 | $ .00 |
| d. Other (Specify)          United Way .......................................... | $ 10.00 | $ .00 |
| ............................................................................... | $ .00 | $ .00 |
| ............................................................................... | $ .00 | $ .00 |
| ............................................................................... | $ .00 | $ .00 |
| ............................................................................... | $ .00 | $ .00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS............................................. | $ 501.00 | $ .00 |
| TOTAL NET MONTHLY TAKE HOME PAY........................................... | $ 1,989.00 | $ .00 |
| Regular income from operation of business or profession or farm (Attach income/expenses for a business) | | |
| ............................................................................... | $ .00 | $ .00 |
| ............................................................................... | $ .00 | $ .00 |
| Income from real property....................................................... | $ .00 | $ .00 |
| Interest and Dividends.......................................................... | $ .00 | $ .00 |
| Alimony, maintenance or support payments payable to the debtor.................... | $ .00 | $ .00 |
| Social security or other government assistance | | |
| ............................................................................... | $ .00 | $ .00 |
| Pension or retirement income.................................................... | $ .00 | $ .00 |
| Other monthly income (Specify) | | |
| ............................................................................... | $ .00 | $ .00 |
| ............................................................................... | $ .00 | $ .00 |
| ............................................................................... | $ .00 | $ .00 |
| ............................................................................... | $ .00 | $ .00 |
| ............................................................................... | $ .00 | $ .00 |
| ............................................................................... | $ .00 | $ .00 |
| TOTAL MONTHLY INCOME...................................................... | $ 1,989.00 | $ .00 |
| TOTAL COMBINED MONTHLY INCOME............................................ | $ 1,989.00 | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

IN RE:  WATTS, WILLIAM BYRON                          CASE:

## SCHEDULE J -- CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor/spouse and debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a seperate household. Reflect spouse's expenditures in the column labeled spouse.

| | DEBTOR/JOINT | SPOUSE |
|---|---|---|
| Rent or home mortgage payment (Include lot rented for mobile home) | $ 565.00 | $ .00 |
| Debtor   Are real estate taxes included? Yes___ NX___      Spouse   Are real estate taxes included? Yes___ No___ | | |
| Is property insurance included? Yes___ NX___              Is property insurance included? Yes___ No___ | | |
| UTILITIES:   Electricity | $ 110.00 | $ .00 |
| Water and sewer | $ .00 | $ .00 |
| Telephone | $ 75.00 | $ .00 |
| Other:   Cellular phone | $ 115.00 | $ .00 |
| Internet | $ 15.00 | $ .00 |
| Home maintenance (repairs and upkeep) | $ 15.00 | $ .00 |
| Food | $ 100.00 | $ .00 |
| Household supplies (paper goods, non-edible items | $ 44.00 | $ .00 |
| Health and Beauty Aids | $ 25.00 | $ .00 |
| Animal health care | $ .00 | $ .00 |
| Clothing | $ 75.00 | $ .00 |
| Laundry and dry cleaning | $ 45.00 | $ .00 |
| Medical and Dental Expenses | $ 50.00 | $ .00 |
| Transportation (NOT INCLUDING AUTO PAYMENTS) | $ 150.00 | $ .00 |
| Recreation, clubs and entertainment, newspapers, magazines etc | $ 10.00 | $ .00 |
| Charitable contributions | $ .00 | $ .00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ 45.00 | $ .00 |
| Life | $ .00 | $ .00 |
| Health | $ .00 | $ .00 |
| Auto | $ 85.00 | $ .00 |
| Other: | $ .00 | $ .00 |
| | $ .00 | $ .00 |
| Taxes (Not deducted from wages or included in home mortgage payments) | | |
| | $ .00 | $ .00 |
| | $ .00 | $ .00 |
| | $ .00 | $ .00 |
| Installment payments (In chapter 12 and 13 cases DO NOT include payments to be included in the plan) | | |
| Auto | $ 355.00 | $ .00 |
| | $ .00 | $ .00 |
| | $ .00 | $ .00 |
| | $ .00 | $ .00 |
| | $ .00 | $ .00 |
| | $ .00 | $ .00 |
| | $ .00 | $ .00 |
| Alimony, maintenance, and support paid to others | $ .00 | $ .00 |
| Payments for support of additional dependents not living at your home | $ .00 | $ .00 |
| Regular expenses from operation of business, profession or farm (Attach income/expenses for a business) | | |
| | $ .00 | $ .00 |
| | $ .00 | $ .00 |
| Other expenses not listed elsewhere) | | |
| Vehicle repair expense | $ 45.00 | $ .00 |
| Newspapers & periodicals | $ 25.00 | $ .00 |
| Tags/Inspection fees | $ 10.00 | $ .00 |
| Bank service charges | $ 10.00 | $ .00 |
| Sears | $ 20.00 | $ .00 |
| | $ .00 | $ .00 |
| **TOTAL MONTHLY EXPENSES** | **$ 1,989.00** | **$ .00** |
| **TOTAL COMBINED MONTHLY EXPENSES** | **$ 1,989.00** | |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS

IN RE:  WATTS, WILLIAM BYRON

CASE:

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | .00 | | |
| B - Personal Property | YES | 3 | 22,556.00 | | |
| C - Property Claimed as Exempt | YES | 3 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | 16,830.59 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | .00 | |
| F - Creditors Holding Unsecured NonPriority Claims | YES | 3 | | 32,629.90 | |
| G - Executory Contracts and Unexpired leases | YES | 1 | | | |
| H - CoDebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | 1,989.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | 1,989.00 |
| Total Number of Sheets in ALL Schedules > | | 16 | | | |
| Total Assets > | | | 22,556.00 | | |
| Total Liabilities > | | | | 49,460.49 | |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:   WATTS, WILLIAM BYRON                    CASE:

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I/We declare under penalty of perjury that I have read the foregoing summary of schedules, consisting of 16 sheets, and that they are true and correct to the best of my knowledge, information and belief.

_1-28-00_
Date

_William S. Watts_
Signature of Debtor

Date

Signature of Joint Debtor, if any

(If joint case, both spouses MUST sign.)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS

**IN RE:**   WATTS, WILLIAM BYRON

**CASE:**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or selfemployed, professional, should provide the information required on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. If the answer to any question is 'NONE', or the question is not applicable, mark the box labeled 'NONE'. If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

| None | |
|---|---|
| ☐ | **1   Income from employment or operation of Business**<br>State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case commenced. State also the gross amounts received during the two years immediately preceding this calendar year. |

2000 - $2,489.98 - Employment
1999 - $26,000.00 (approximately) - Employment
1998 - $41,022.00 - Employment

| None | |
|---|---|
| ☐ | **2   Income other than from employment or operation of business**<br>State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.   Give particulars. |

June, 1998 - withdrew $6,714.00 from retirement.

| None | |
|---|---|
| ☐ | **3a   Payment to creditors**<br>List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600.00 to any creditor, made within the 90 days immediately preceding the commencement of this case. |

None - other than the regularly scheduled payments.

| None | |
|---|---|
| X | **3b   Payment to creditors**<br>List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. |

| None | |
|---|---|
| X | **4a   Suits and administrative proceedings, execution, garnishments and attachments**<br>List all suits to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. |

| None | |
|---|---|
| X | **4b   Suits and administrative proceedings, execution, garnishments and attachments**<br>Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. |

| None | |
|---|---|
| X | **5   Repossessions, foreclosures and returns**<br>List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller within one year immediately preceding the commencement of this case. |

| None | |
|---|---|
| X | **6a   Assignments and receiverships**<br>Describe any assignments of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. |

| None | |
|---|---|
| X | **6b   Assignments and receiverships**<br>List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. |

| None | |
|---|---|
| X | **7   Gifts**<br>List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. |

| None | |
|---|---|
| ☐ | **8   Losses**<br>List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. |

IN RE:  WATTS, WILLIAM BYRON

CASE:

## STATEMENT OF FINANCIAL AFFAIRS (Continued)

Window broken in vehicle in July of 1998 - vandalism - covered by insurance - $1,100.00 amount of loss.

**None**
☐

**9  Payments related to debt counseling or bankruptcy**
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

Waage & Waage, L.L.P.
8350 South Stemmons
Denton, TX  76205-2402

$160.00 - July 2nd, 1999 - Partial Filing Fee
$15.00 - October 4th, 1999 - Partial Filing Fee
$150.00 - October 4th, 1999 - Waage & Waage, L.L.P.
$150.00 - November 9th, 1999 - Waage & Waage, L.L.P.
$150.00 - December 14th, 1999 - Waage & Waage, L.L.P.
$400.00 - January 12th, 2000 - Waage & Waage, L.L.P.
$350.00 - January 28th, 2000 - Waage & Waage, L.L.P.
$25.00 - January 28th, 2000 - Remainder of Filing Fee

**None**
**X**

**10  Other transfers**
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.

**None**
☐

**11  Closed financial accounts**
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, coops, assoc., brokerage houses and other financial institutions.

June, 1998 - withdrew $6,714.00 from retirement.

**None**
**X**

**12  Safe deposit boxes**
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.

**None**
**X**

**13  Setoffs**
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.

**None**
**X**

**14  Property held for another person**
List all property owned by another person that the debtor holds or controls.

**None**
☐

**15  Prior address of debtor**
If the debtor has moved within the two years immediately preceding the commencement of this case list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

254 Southwest Parkway #209, Lewisville, TX  75067 - April, 1999 to present

300 South G Street, Apt. C 1, McAllen, TX  78501 - June, 1998 to April, 1999

El Paso, Texas - 1989 to June, 1998

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE: WATTS, WILLIAM BYRON

CASE:

## STATEMENT OF FINANCIAL AFFAIRS (Continued)

| None | |
|---|---|
| X | **16a Nature, location and name of business**<br>If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities with the two years immediately preceding the commencement of this case. |
| None<br>X | **16b Nature, location and name of business**<br>If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case. |
| None<br>X | **16c Nature, location and name of business**<br>If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case. |
| None<br>☐ | **17a Books, records and financial accounts**<br>List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |

Shirlee Hattem, P.C., 843 Lakeview, Coppell, Texas - 1993 to 1998

| None<br>X | **17b Books, records and financial accounts**<br>List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |
|---|---|
| None<br>☐ | **17c Books, records and financial accounts**<br>List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |

Books available & in possession of Debtor.

| None<br>X | **17d Books, records and financial accounts**<br>List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor. |
|---|---|
| None<br>X | **18a Inventories**<br>List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and dollar amount and basis of each inventory. |
| None<br>X | **18b Inventories**<br>List the name and address of the person having possession of the records of each of the two inventories reported above. |
| None<br>X | **19a Current Partners, Officers, Directors and Shareholders**<br>If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |
| None<br>X | **19b Current Partners, Officers, Directors and Shareholders**<br>If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation. |
| None<br>X | **20a Former Partners, Officers, Directors and Shareholders**<br>If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case. |
| None<br>X | **20b Former Partners, Officers, Directors and Shareholders**<br>If the debtor is a corporation list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case. |
| None<br>X | **21 Withdrawals from a partnership or distributions by a corporation**<br>If the debtor is a partnership or corporation, list all distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during the year immediately preceding the commencement of this case. |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:   WATTS, WILLIAM BYRON

CASE:

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or selfemployed, professional, should provide the information required on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. If the answer to any question is 'NONE', or the question is not applicable, mark the box labeled 'NONE'. If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

I/We declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

_/-28-00_
Date

_William S. Watts_
Signature of Debtor

Date

Signature of Joint Debtor, if any

(If joint case, both spouses MUST sign.)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE: WATTS, WILLIAM BYRON

CASE:

CHAPTER: 7

## INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### Debtor

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the

2. My intentions with respect to the property of the estate which secures those consumer debts is as follows:

    a. Property to be surrendered.

| Description of Property | Who | Creditor's Name |
|---|---|---|
| **NONE** | | |

    b. Property to be retained. (Check applicable statement of debtor's intention concerning reaffirmation, redemption, or lien avoidance.)

| Description of Property | Creditor's Name and address | Who | Debt will be reaffirmed pursuat to Sec. 524(c) | Property is cliamed as exempt and will be redeemed pursuant to Sec. 722 | Lien will be avoided pursuant to Sec. 522(f) and property will be claimed as exempt |
|---|---|---|---|---|---|
| **1998 Chevy pickup** | **GMAC Financial Services**<br>**031-0205-51543**<br>**P.O. Box 50470**<br>**Indianapolis, IN 46250** | **D** | **X** | | |
| **Washer**<br>**Dryer** | **Searscharge Plus**<br>**05 58990 87223 3**<br>**P.O. Box 555**<br>**Columbus, OH 43216** | **D** | **X** | | |

3. The following contracts will be Rejected.
    **NONE**

4. The following contracts will be Assumed.
    **NONE**

5. I understand that Sec. 521(2)(b) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

_1-28-00_
Date

_Willi B. Watts_
Signature

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:   WATTS, WILLIAM BYRON                              CASE:

## STATEMENT
## Pursuant to Rule 2016(b)
## (Attorney's Disclosure)

The undersigned, pursuant to Rule 2016(b), Rule of Bankruptcy Procedure, states that the compensation paid or promised by the Debtor(s), to the undersigned is as follows:

(1) Filing Fees in this case ........................................................................................ **200.00**

(2) Filing Fees paid in this case ................................................................................. **200.00**

(3) For the legal services set forth below, Debtor agreed to pay (including spouse, if both filed) ...... **1,200.00**

(4) Prior to the filing of this statement, debtor has paid to the undersigned ..................................... **1,200.00**

(5) Balance due ........................................................................................................ **.00**

The services rendered or to be rendered include the following:

(A) Analysis of the financial situation and rendering advice and assistance to the client in determining whether to file a petition under Title 11, United States Code.

(B) Preparation and filing of the petition, schedules of assets and liabilities, and statement of financial affairs.

(C) Representation of the client at the first meeting of creditors and at the discharge hearing.

(D) The debtor(s) has/have agreed to pay the undersigned at their normal hourly rate plus costs, expenses, legal assistant fees for any additional services or representation debtors may require in conjunction with this proceeding.

The undersigned further states that the source of monies paid or to be paid by the debtor(s) to the undersigned was and is, or will be, earnings, wages and compensation for services performed by the debtor(s).

The undersigned further states that undersigned has not shared or agreed to share with any other person, other than members of the undersigned's law firm, any compensation, except as herein set forth.

Attorney for the Petitioner(s):

Waage & Waage, L.L.P.
Merv Waage
8350 South Stemmons
Denton, Texas 76205-2402
SBN 20525500
940/497/4448

_____                    ___1/31/2000___
Signature of Attorney for Petitioner(s)                    Date