FILED
... COURT
... TY

00 MAR 23 PM 4: 39

... ... BANKRUPTCY
...
... ... TY

IN RE:                      )

)

WATTS, WILLIAM BYRON     )    CASE NO. 00-40311

)    CHAPTER 7

)

DEBTORS               )

## TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Linda S. Payne, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law.

Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered.

I request that this report be approved, and that I be discharged from any further duties as trustee.

Dated: 03/20/00

Linda S. Payne, Trustee
100 North Main Street
Paris, Texas 75460
903/784-4393

