Michael Reed
MCCREARY, VESELKA, BRAGG, AND ALLEN,
P.C.
P. O. Box 26990
Austin, Texas 78755
512-451-9000

Attorneys for County of Denton



IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN THE MATTER OF:            CASE NO. 00-40311

WILLIAM BYRON WATTS

DEBTOR                      CHAPTER 7

## RELEASE OF CLAIM

1. The undersigned, who has offices at 5929 Balcones Drive, Suite 200, P.O. Box 26990, Austin, Texas 78755, is the attorney for County of Denton and is authorized to release this claim on behalf of claimant.

2. The basis for this release is as follows: the Debtor does not own the property as to which taxes were filed in the Proof of Claim.

3. Therefore, the claim is hereby released, and the claimant withdraws its claim against this debtor.

Date: March 24, 2000

                                       Respectfully submitted,

                                       McCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                       Attorneys for Claimant, County of Denton
                                       P. O. Box 26990
                                       Austin, Texas 78755
                                       (512) 451-9000

                                       _____
                                       Michael Reed
                                       State Bar Number 16685400