IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS, PLANO DIVISION

IN RE: : CHAPTER: 7
WILLIAM B WATTS :
 :
AKA: WILLIAM WATTS : BANKRUPTCY NO: 00-40341

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:
To the Trustee:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditors listed in the lower right-hand corner receive all notices required to be mailed under Bankruptcy Rule 2002 at the address contained herein.

2. The address to which all such notices should be sent appears in the lower right-hand corner of this document and is the address for the attorney/agent for the creditor.

3. The address below should be substituted for that of the creditor named below.

4. A copy of the request is being mailed this date, by first class mail, postage prepaid, to the person(s), if any, whose names and addresses appear in the lower left-hand corner.

AMERICAN EXPRESS CENTURION BANK
OPTIMA CARD
c/o BECKET & LEE LLP
P.O. BOX 3001 Dept. V
Malvern, PA 19355-0701
Becket and Lee LLP, Attorneys/Agent

By: _____
Wendell H. Livingston, Esquire PA17068
Alane A. Becket, Esquire PA65451
Colleen M. Grubb, Esquire PA79525
Merril L. Zebe, Esquire PA34173
(610) 644-7800

Date: March 14, 2000

AMERICAN EXPRESS CENTURION BANK
OPTIMA CARD
CREDITOR

Pet: 02/02/00