Form B18(Official Form 18)
(9/97)

UNITED STATES BANKRUPTCY COURT
Eastern District of Texas (Sherman)

FILED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF TX

2000 MAY 30 AM 10: 21

CLERK, U.S. BANKRUPTCY COURT
BY_____DEPUTY

In Re:
**William Byron Watts**
P. O. Box 861408
Plano, TX 75086 -1408

) Case Number: 00-40311
)
) Chapter: 7
)
) Debtor

Social Security Number:
Debtor: 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

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated: 5/25/00**

BY THE COURT

Donald R. Sharp
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

13